RECEIVED
IN LAKE CHARLES, LA.
NOV 15 2011
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RODRICK D. WARD | CIVIL ACTION NO. 2:10-cv-1235 |
| LA. DOC # 411026 | |
| VS. | SECTION P |
| | JUDGE MINALDI |
| WARDEN TERRY TERRELL | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED THAT** this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 15 day of November 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE